UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

ORDER
Cr. No. 98-315 MJD/JGL
Civ 00-1738

Stephen Bouley,

Defendant.

---

The Petition for relief pursuant to 28 U.S.C. § 2255 [Docket No. 93] is DISMISSED AS MOOT.

Date:
August 16, 2001

Michael J. Davis
United States District Court

FILED AUG 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________